NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

09-375
CONSOLIDATED WITH 09-374 AND 09-376

CLEMENT MAYARD, ET AL.
VERSUS
TYLAN MEAUX, ET AL.

**********
APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 2006-5746
HONORABLE DURWOOD WAYNE CONQUE, DISTRICT JUDGE

**********
ELIZABETH A. PICKETT
JUDGE

**********

Court composed of Oswald A. Decuir, Elizabeth A. Pickett, and Shannon J. Gremillion, Judges.

RULE RECALLED. APPEAL MAINTAINED.

Thomas Reginald Hightower, Jr.
Patrick Wade Kee
Attorneys at Law
Post Office Drawer 51288
Lafayette, LA 70505
(337) 233-0555
COUNSEL FOR DEFENDANT/APPELLEE:
        Lil D's Bar-B-Que, L.L.C.

Steven Claude Judice
Keogh, Cox & Wilson
Post Office Box 1151
Baton Rouge, LA 70821
(225) 383-3796
COUNSEL FOR DEFENDANTS/APPELLEES:
        Federated Mutual Insurance Co.
        Champion's Express Mart, Inc.

**Don J. Hernandez**
**Attorney at Law**
**Post Office Box 24**
**Franklin, LA 70538**
**(337) 378-0468**
**COUNSEL FOR PLAINTIFF/APPELLANT:**
**Louis Robinson, Jr.**


**Lisa Coleman Lee**
**Keetsie T. Gunnels**
**Attorney for DOHH**
**Post Office Box 3836**
**Baton Rouge, LA 70821-3836**
**(225) 342-0207**
**COUNSEL FOR INTERVENOR/APPELLEE**
**State of Louisiana, Department of**
**Health and Hospitals-Medicaid**


**L. Katherine A. Theunissen**
**Mahtook & Lafleur**
**Post Office Box 3089**
**Lafayette, LA 70502**
**(337) 266-2189**
**COUNSEL FOR DEFENDANT/APPELLEE:**
**Lafayette Consolidated Government**


**John William Penny, Jr.**
**Attorney at Law**
**Post Office Box 2187**
**Lafayette, LA 70502**
**(337) 231-1955**
**COUNSEL FOR DEFENDANTS/APPELLEES:**
**Allstate Insurance Company**
**Rodney and Vickie Guilbeaux**
**Tylan Meaux**


**Jeffery F. Speer**
**Julian Louis Gibbens, III**
**Jason E. Fontenot**
**Doucet & Speer**
**Post Office Box 4303**
**Lafayette, LA 70502-4303**
**(337) 232-0405**
**COUNSEL FOR DEFENDANTS/APPELLEES:**
**Tylan Meaux**
**Rodney and Vickie Guilbeaux**

**Chris Paul Villemarette**
**Attorney at Law**
**1606-B St. Mary St.**
**Scott, LA 70583**
**(337) 232-3100**
**COUNSEL FOR PLAINTIFF/APPELLEE:**
      **Clement Mayard**

**Edward Bernard Jones**
**Edward B. Jones & Associates**
**Post Office Drawer 1807**
**Patterson, LA 70392**
**(985) 399-5944**
**COUNSEL FOR PLAINTIFF/APPELLANT:**
      **Louis Robinson, Jr.**

**James Alan Harrell**
**Heather Duplantis**
**Karen Blakemore**
**Phelps Dunbar**
**Post Office Box 4412**
**Baton Rouge, LA 70821-4412**
**(225) 346-0285**
**COUNSEL FOR DEFENDANT/APPELLANT:**
      **Lafayette Specialty Hospital, LLC**
      **d/b/a Meadowbrook Specialty Hospital of Lafayette**

**Scott M. Hawkins**
**Hawkins & Villemarette**
**107 Regency Square**
**Lafayette, LA 70508**
**(337) 233-8005**
**COUNSEL FOR PLAINTIFF/APPELLEE:**
      **Clement Mayard**

PICKETT, Judge.

For the reasons assigned in *Louis Robinson, Jr. versus Tylan Meaux, et al.*, filed under this court's docket number 09-374, we hereby recall the rule to show cause order and order that this appeal be maintained.

**RULE RECALLED.  APPEAL MAINTAINED.**

This opinion is **NOT DESIGNATED FOR PUBLICATION.**